I Trinidad Rafael Garza. have reached the age of 18 and am requesting the funds that are in the case number C.A. No. B-89-129 that are in the registry of the court. Please mail it to my current address: [redacted]

*Trinidad Rafael Garza*
4/13/07

House: 956-[redacted]
Cell: 956-[redacted]

United States District Court
Southern District of Texas
FILED

APR 13 2007

Michael N. Milby
Clerk of Court