IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 8 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| Elida Ochoa, et al | § | |
|    Plaintiff(s), | § | |
| | § | |
| VS. | § | B-89-129 |
| Western Atlas International, | § | |
| Inc. | § | |
|    Defendant(s). | § | |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is an application to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Trinidad R Garza was a minor child. The minor has now provided satisfactory evidence that he has reached the age of majority and is entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to Trinidad R Garza, social security number ending in 7312, the principal $35,000.00, plus accrued interest, held in the Court's Registry for his account, pursuant to the Final Judgment and any other Court Order entered in this case. The proceeds shall be sent to the following address:



DONE at Brownsville, Texas this the 18th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE